IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANE PERRY, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No. 08-562-JPG |
| REV. ROBERT JOHNSTON, et al., | ) ) |
|     Defendants. | ) |

### DISCLOSURE OF INTERESTED PARTIES FILED BY DEFENDANT THE CATHOLIC ARCHDIOCESE OF ST. LOUIS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant The Catholic Archdiocese of St. Louis ("Defendant"), provides the following information to the Court:

1. Defendant does not have a parent corporation.

2. There are no publicly-held corporation that owns ten (10%) or more of Defendant's stock.

3. There are no subsidiaries not wholly-owned by Defendant.

Dated: August 6, 2008      **GREENSFELDER, HEMKER & GALE, P.C.**

By _____
Edward S. Bott, Jr., #3126866
Edward M. Goldenhersh *(pro hac)*
Robert L. Duckels, #6273846
Bernard C. Huger *(pro hac)*
10 S. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 241-9090
Facsimile: (314) 345-5466

*Attorneys for Defendant The Catholic Archdiocese of St. Louis*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was served by enclosing the same in an envelope, postage fully prepaid, and by depositing said envelope in a U.S. Post Office Mail Box in St. Louis, Missouri on the 6th day of August, 2008 to:

| | |
|---|---|
| Timothy J. Freiberg | J. Christian Goeke |
| Frederic W. Nessler | Law Offices of J. Christian Goeke |
| The Law Offices of Frederic W. Nessler & Associates | 7711 Bonhomme Avenue, Suite 850 |
| 536 N. Bruns Lane, Suite One | Clayton, MO  63105 |
| Springfield, IL  62702 | |
| | |
| *Attorneys for Plaintiff* | *Attorney for Defendant Rev. Robert Johnston* |

_____