IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHANE PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 08-562-JPG |
| | ) |
| REV. ROBERT JOHNSTON, and | ) |
| THE CATHOLIC ARCHDIOCESE OF | ) |
| ST. LOUIS, a religious corporation, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT REV. ROBERT JOHNSTON'S**
**CONSENT TO AND JOINDER IN NOTICE OF REMOVAL**

Defendant, Reverend Robert Johnston, pursuant to 28 U.S.C. § 1446, hereby gives notice that he consents to and joins in the Notice of Removal filed by Defendant Catholic Archdiocese of St. Louis, on or about August 6, 2008.

Respectfully submitted,

LAW OFFICES OF J. CHRISTIAN GOEKE

By: __/s/ J. Christian Goeke__ (with consent)
J. Christian Goeke, #71795
7711 Bonhomme Avenue, Suite 850
Clayton, MO 63105
Tel: (314) 862-5110
Fax: (314) 862-5943

Of counsel:

Leonard J. Frankel
lfrankel@frankelrubin.com
Frankel, Rubin, Bond, Dubin,
Siegel & Klein, P.C.
231 S. Bemiston Avenue, Suite 1111
St. Louis, Missouri 63105

*Attorneys for Defendant Rev. Robert Johnston*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2008, I electronically filed Defendants Consent to and Joinder in Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Timothy J. Freiberg | Edward S. Bott, Jr. |
| The Law Offices of Frederic W. Nessler & Associates | Greensfelder, Hemker & Gale, P.C. |
| 536 N. Bruns Lane, Suite One | 10 S. Broadway, Suite 2000 |
| Springfield, Illinois 62702 | St. Louis, Missouri 63102 |
| Tel: (217) 698-0202 | Tel: (314) 241-9090 |
| Fax: (217) 698-0203 | Fax: (314) 241-8624 |
| *Attorneys for Plantiff Shane Perry* | *Attorneys for Defendant Archdiocese of St. Louis* |

/s/ J. Christian Goeke