IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: 8/7/08			CASE NAME: Perry vs. Johnston, et al

CASE NO. : 08-562-JPG

DOCUMENT NO.: 4			DOCUMENT TITLE: Consent to Removal

One of the following errors/deficiencies has been identified in the document listed above:

☐	Document entered in wrong case
☐	Document linked incorrectly
☐	Incorrect document type selected (PDF and event do not match)
☐	Certificate of Service is missing
☒	Other: login and s/signature do not match. Document e-filed by R. Duckels and contains s/signature of J Christian Goeke. (See Section 2.0, Page 2.1 of April, 2006, User's Manual).

## ACTION TAKEN BY CLERK'S OFFICE

☒	Docket entry "STRICKEN" as ordered by the Court

## ACTION REQUIRED BY FILER

☒	Document must be re-filed with login and s/signature being identical. If Mr. Goeke will be counsel of record in this case, he should first file his Notice of Appearance, adding himself to the case as counsel of record
☐	Amended document must be filed and re-noticed, if applicable

										Norbert G. Jaworski
										Clerk of Court


										By: s/Deborah Agans