# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHANE PERRY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 08-562-JPG |
| | ) |
| REV. ROBERT JOHNSTON, and | ) |
| THE CATHOLIC ARCHDIOCESE OF | ) |
| ST. LOUIS, a religious corporation, | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANT REV. ROBERT JOHNSTON'S
## CONSENT TO AND JOINDER IN NOTICE OF REMOVAL

    Defendant, Reverend Robert Johnston, pursuant to 28 U.S.C. § 1446, hereby gives notice that he consents to and joins in the Notice of Removal filed by Defendant Catholic Archdiocese of St. Louis, on or about August 6, 2008.

    Respectfully submitted,

    LAW OFFICES OF J. CHRISTIAN GOEKE

By:   */s/ J. Christian Goeke*
    J. Christian Goeke, #71795
    7711 Bonhomme Avenue, Suite 850
    Clayton, MO 63105
    Tel: (314) 862-5110
    Fax: (314) 862-5943

Of counsel:

    Leonard J. Frankel
    lfrankel@frankelrubin.com
    Frankel, Rubin, Bond, Dubin,
    Siegel & Klein, P.C.
    231 S. Bemiston Avenue, Suite 1111
    St. Louis, Missouri 63105

*Attorneys for Defendant Rev. Robert Johnston*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of August, 2008, I electronically filed Defendants Consent to and Joinder in Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Timothy J. Freiberg | Edward S. Bott, Jr. |
| The Law Offices of Frederic W. Nessler & Associates | Greensfelder, Hemker & Gale, P.C. |
| 536 N. Bruns Lane, Suite One | 10 S. Broadway, Suite 2000 |
| Springfield, Illinois 62702 | St. Louis, Missouri 63102 |
| Tel: (217) 698-0202 | Tel: (314) 241-9090 |
| Fax: (217) 698-0203 | Fax: (314) 241-8624 |
| | |
| *Attorneys for Plaintiff Shane Perry* | *Attorneys for Defendant Archdiocese of St. Louis* |

                                                                                                 */s/ J. Christian Goeke*