## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHANE PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 08-562-JPG |
| | ) |
| REV. ROBERT JOHNSTON, and | ) |
| THE CATHOLIC ARCHDIOCESE OF | ) |
| ST. LOUIS, a religious corporation, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW J. Christian Goeke and hereby enters his appearance for Defendant Reverend Robert Johnston in the above captioned case.

Respectfully submitted,

LAW OFFICES OF J. CHRISTIAN GOEKE

By:  */s/ J. Christian Goeke*
J. Christian Goeke, #71795
7711 Bonhomme Avenue, Suite 850
Clayton, MO  63105
Tel:  (314) 862-5110
Fax:  (314) 862-5943

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of August, 2008, I electronically filed Defendants Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Timothy J. Freiberg | Edward S. Bott, Jr. |
| The Law Offices of Frederic W. Nessler & Associates | Greensfelder, Hemker & Gale, P.C. |
| 536 N. Bruns Lane, Suite One | 10 S. Broadway, Suite 2000 |
| Springfield, Illinois 62702 | St. Louis, Missouri 63102 |
| Tel: (217) 698-0202 | Tel: (314) 241-9090 |
| Fax: (217) 698-0203 | Fax: (314) 241-8624 |
| | |
| *Attorneys for Plaintiff Shane Perry* | *Attorneys for Defendant Archdiocese of St. Louis* |

                                                                                                       */s/ J. Christian Goeke*