IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTICE OF ERRORS AND/OR DEFICIENCIES**
**IN ELECTRONICALLY FILED DOCUMENTS**

DATE:    08/07/08

CASE NO. : 08-562-JPG                              CASE NAME: Perry v. Johnston et al.

DOCUMENT NO.: 2                                    DOCUMENT TITLE: Notice of Removal

One of the following errors/deficiencies has been identified in the document listed above:

☒   Other: Per Notice filed at Doc. #1, the State Court Complaint and any Exhibits should be attachments to the Notice of Removal and should not be included with the Notice of Removal entry.

**ACTION TAKEN BY CLERK'S OFFICE**

☒   Other: In the future, please make sure to attach the State Court Complaint and any Exhibits as attachments.

**ACTION REQUIRED BY FILER**

☒   **NO FURTHER ACTION REQUIRED BY FILER**

                                                   Norbert G. Jaworski
                                                   Clerk of Court


                                        By: s/ Lisa Tidwell
                                            Deputy Clerk